IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v.

Case No. 3:19 cv 67

JURY TRIAL DEMANDED

SCHUYLKILL COUNTY CLERK
OF COURTS, MARIA CASEY,
in her personal capacity and official capacity,
and COUNTY OF SCHUYLKILL PENNSYLVANIA,
[401 North Second Street, Pottsville, PA 17901]

FILED
SCRANTON
JAN 11 2019
PER _____
DEPUTY CLERK

Motion for Authorization to File Electronically

1.    I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2.    Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in this and other judicial circuits.

Date: January 7, 2019.

/s/ Edward Thomas Kennedy (seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Phone: 415-275-1244.
Fax: 570-609-1810.
Email: pillar.of.peace.2012@gmail.com.

1

## CERTIFICATE OF SERVICE

I certify that on January 7, 2019, I filed a copy of the above Motion for Authorization to File Electronically with this Court's Clerk of the Court via US regular mail at

>Peter J. Welsh, Acting Clerk of Court
>U.S. District Court
>Middle District of Pennsylvania
>PO Box 1148
>235 N. Washington Avenue
>Scranton, PA 18501-1148

/s/ Edward Thomas Kennedy (seal)

EDWARD THOMAS. KENNEDY