IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

                                  Plaintiff,
                                  NO. 19-0067 (MEM-WIA)

v.

CASEY, et. al.,

      Defendants.

## NOTICE
## PLAINTIFF'S MOTION TO COMPEL SERVICE OF PROCESS

1.     Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to Notice of his Motion to Compel Service of Process to the defendants without delay and Notice the court has said it may close.[1]

2.     Notice that ECF document 5 contains signed USM 285 forms.

Date: January 25, 2019.

                                         /s/ *Edward Thomas Kennedy*   ---seal---
                                         _____
                                         Edward Thomas Kennedy
                                         401 Tillage Road
                                         Breinigsville, PA 18031
                                         Email; kennedy2018@alummni.nd.edu

---

[1] Judiciary Has Funds to Operate Through Jan. 31 (2019}link here:
https://www.uscourts.gov/news/2019/01/22/judiciary-has-funds-operate-through-jan-31

CERTIFICATE OF SERVICE

I certify that on January 25, 2019 that I filed a copy of the above Notice of Motion to the United States District Court for the Middle District of Pennsylvania via ECF.

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY