IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
                                                  Plaintiff,
                                                  NO. 19-0067 (MEM-WIA)
      v.

CASEY, et. al.,

      Defendants.

MOTION TO COMPEL SERVICE OF PROCESS

1.      Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant this Motion to Compel Service of Process by the US Marshall to the defendants without delay for the court has said it may close.[1]

2.      ECF document 5 contains signed USM 285 forms.


Date: January 25, 2019.

                                                  /s/ *Edward Thomas Kennedy*  ---seal---
                                                  _____
                                                  Edward Thomas Kennedy
                                                  401 Tillage Road
                                                  Breinigsville, PA 18031
                                                  Email; kennedy2018@alummni.nd.edu

---

[1] Judiciary Has Funds to Operate Through Jan. 31 (2019}link here:
https://www.uscourts.gov/news/2019/01/22/judiciary-has-funds-operate-through-jan-31

CERTIFICATE OF SERVICE

I certify that on January 25, 2019 that I filed a copy of the above MOTION TO COMPEL SERVICE OF PROCESS and MEMORANDUM IN SUPPORT OF MOTION TO COMPEL SERVICE OF PROCESS and Notice of Motion to the United States District Court for the Middle District of Pennsylvania via ECF.

/s/ Edward Thomas Kennedy   ---*seal*

_____
EDWARD THOMAS KENNEDY