IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

                                          No. 19-0067 (MEM-WIA)

    v.                           JURY TRIAL DEMANDED

CASEY, et. al.,
    Defendants.

## NOTICE and Objection

Notice

    1.    I, Edward Thomas Kennedy am one of the (older) people of Pennsylvania and hereby Notices the Court that Kennedy took an oath in a church of God at his Investiture in 2008 to relieve all human suffering, and he has never violated that oath. Kennedy is also an ordained (Eastern Rite) Roman Catholic who also took an optional oath to live a simple aesthetic life as an act in memory of the loss of a loved one, and he is temporarily poor. However, the (optional) oath is now ended for he has stopped grieving.

    2.    Kennedy's lawful title of nobility under the church and international law is Chevallier Reverend. Kennedy is also trained by the Vatican through his Sacred Medical Order to be both a Sanctified healer and Diplomat.

    3.    The US Magistrate assigned to this case took no such Investiture oath[1] and he is not expediting the proceedings, and may, in fact, be obstructing justice.

    4.    Edward Thomas Kennedy and in this court of record Objects to the Order at ECF

---

[1] 28 U.S. Code Chapter 43 - UNITED STATES MAGISTRATE JUDGES

Document 9, filed on 01/28/19 or it is my wish and it probably objects justice for the Magistrate has no Investiture oath.

5. Kennedy presumes the Judge assigned to administer his action at law will obey his Investiture oath and oath of office to serve both rich and poor.

6. Kennedy is damaged and injured by the defendants, seeks compensation for injures and damages for the defendants who exceeded their jurisdiction in loss of rights to Kennedy.

7. It is now divine right time, and Kennedy wishes a Judge to appear to administrate his case and obey his oath of office. Kennedy accepts the oath of office of the Judge assigned to administrate this case, and binds him to it.

Date: January 30, 2019.

/s/ *Edward Thomas Kennedy*   ---seal---
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email; kennedy2018@alummni.nd.edu

CERTIFICATE OF SERVICE

       I certify that on January 30, 2019, that I filed a copy of the above Notice and Objection to the United States District Court for the Middle District of Pennsylvania via ECF.

       /s/ Edward Thomas Kennedy   *(seal)*

       _____
       EDWARD THOMAS KENNEDY