IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                                 No. 3:19-cv--00067-MEM-WIA

    v.

CASEY, et al.,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Party, Edward Thomas Kennedy, files this notice of change of address with the court Clerk as required under LR 83.11.2 Latest Address.

Party's mailing address has changed. The new mailing interest mailing address is 800 Court Street, Apt 223, Reading, PA 19601. Party also notices the court clerk of his title.

Date: March 9, 2019.

                                          Respectfully submitted,

                                          /s/ Edward Thomas Kennedy

                                          _____
                                          Edward Thomas Kennedy, all rights reserved under UCC § 1-308.
                                          800 Court Street, Apt 223
                                          Reading, PA 19601
                                          (415) 275-1244
                                          Fax (570) 609-1810
                                          Pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that on March 9, 2019 that I filed a copy of the above Notice of Change of Address to the United States District Court for the Middle District of Pennsylvania at Scranton via ECF.

*/s/ Edward Thomas Kennedy*   **(seal)**

_____
EDWARD THOMAS KENNEDY

date: March 9, 2019.