IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff,

                                                  Case No. 19-00067-MEM-WIA

v.

CASEY, et. al.,

        Defendants.

<u>Motion to Recuse for Cause</u>

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record notices, motions and moves this court of record for an order granting this Motion for Recusal for Cause concerning the Judge assigned to administrate this case. Memo and Order to follow.

Date: June 17, 2019

                                                  Respectfully submitted,

                                                  /s/ *Edward Thomas Kennedy*     (seal)

                                                  _____

                                                  EDWARD THOMAS KENNEDY

                                                  800 Court St., Apt. 223

                                                  Reading, PA 19601

                                                  pillarofpeace2012@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of heretofore Plaintiff's Motion to Recuse for Cause, and Notice, Memorandum and Order is served upon the court of record by ECF.

                              */s/ Edward Thomas Kennedy*    *(seal)*

                              _____

                              EDWARD THOMAS KENNEDY

Date: June 17, 2019