IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,

    Plaintiff,

                                                       Case No. 19-00067-MEM-WIA

v.

CASEY, et. al.,

    Defendants.

## ORDER

The motion of Plaintiff, Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record is granted.

    Agreed_____

    Disagreed_____

Date: June \_\_\_, 2019

                                                          By the court

                                                     _____