IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


KENNEDY,

        Plaintiff,

                                        Case No. 19-00067-MEM-WIA

        v.


CASEY, et. al.,

        Defendants.

NOTICE

Motion to Recuse for Cause

       Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this

court of record notices this court of record his motion for an order granting this Motion for

Recusal for Cause concerning the Judge assigned to administrate this case.

Date: June 17, 2019

                                   Respectfully submitted,

                                   /s/ *Edward Thomas Kennedy*    (seal)

                                   _____

                                   EDWARD THOMAS KENNEDY

                                   800 Court St., Apt. 223
                                   Reading, PA 19601
                                   pillarofpeace2012@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore Plaintiff's Motion to Recuse for Cause, and Notice, Memorandum and Order is served upon the court of record by ECF.

*/s/ Edward Thomas Kennedy*     *(seal)*

_____

EDWARD THOMAS KENNEDY

Date: June 17, 2019