UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | ) | CIVIL ACTION NO. 3:19-cv-0067 |
| Plaintiff | ) | |
| | ) | (MANNION, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| MARIA CASEY, *et al.,* | ) | |
| Defendants | ) | |

## ORDER

On January 11, 2019, Plaintiff Edward Thomas Kennedy initiated this *pro se* civil rights Complaint in which he named the following Defendants: Maria Casey, Schuylkill County Clerk of Courts, in her personal capacity and official capacity; and County of Schuylkill Pennsylvania. (Doc. 1). Along with his Complaint, Plaintiff filed a Motion requesting leave to proceed *in forma pauperis* ("IFP"). (Doc. 2).

IT IS HEREBY ORDERED that:

1. Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (Doc. 2) is GRANTED.

2. The Complaint is DEEMED filed.

3. Pursuant to 28 U.S.C. § 1915(e)(2), the Court shall conduct a preliminary review of Plaintiff's Complaint.

Date: June 19, 2019

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge