UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY         :

       Plaintiff            :        CIVIL ACTION NO. 3:19-67

v.                                :            (JUDGE MANNION)

MARIA CASEY, et al.            :

       Defendants          :

### ORDER TO SHOW CAUSE

The plaintiff Edward Thomas Kennedy ("Kennedy") has filed eight *pro se* lawsuits in the Middle District of Pennsylvania and twenty-one *pro se* lawsuits in the Eastern District of Pennsylvania. He has named several judges as defendants in these cases, including The Honorable Joseph F. Leeson, Jr. and The Honorable Robert D. Mariani. Nearly all of these lawsuits share a common, frivolous quality.

In this case, Kennedy's forty-two-page *pro se* complaint and exhibits are littered with random facts and observations that have no apparent relevance or bearing on any authentic legal claim. *See e.g.* (Doc. 1, at 10) ("Our Republic is one dedicated to 'liberty and justice for all.' Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the

people his rights; this would not be so if the United States were a democracy."); (Doc. 1, at 22) ("CONFIRMATIO CARTARUM, (conforming character) October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law. The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta."); (Doc. 1, at 24) ("The singular includes the plural and the plural the singular. The word people is both singular and plural . . . [t]he present tenses includes the past and future tenses; and the future, the present . . . [t]he masculine gender includes the feminine and neuter . . .[w]e the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and out Posterity, do ordain and establish this Constitution for the United States of America.").

Considering Kennedy has continued this pattern of frivolous fillings, which typically lack coherence and rationale, this court must enforce its responsibility to ensure that the courts do not become overwhelmed with repetitive, meritless matters filed by people who fail to follow the rules. Therefore, upon failure to demonstrate cause on or before July 26, 2019, this court shall issue injunctive relief requiring Kennedy to obtain prior approval

from a judge of this court before lodging any new complaints. Because Kennedy's numerous frivolous fillings deal with a wide array of claims and issues, this court cannot pinpoint a specific type of lawsuit that Kennedy should be restricted from filling without prior approval. Thus, if Kennedy fails to establish cause on or before July 26, 2019, he shall be required to obtain prior approval before filing any lawsuit in this court.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

**(1)** On or before **July 26, 2019**, Kennedy shall respond to this order in writing and show cause as to why he should not be required to obtain prior approval of the court before lodging any new complaints. A failure to respond to the order in a timely manner shall be deemed a waiver of any opportunity to contest this order to show cause.

s/ *Malachy E. Mannion*

**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 27, 2019**
19-67-01